UNITED STATES DISRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE,

    Defendant.

Case No.: 2:14-CV-1532
CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Terence P. Kemp

### ORDER

The Court hereby directs the Clerk to administratively close this case and remove it from this Court's active docket. The case may be re-opened upon proper motion of any party.

IT IS SO ORDERED.

8-19-2015
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE